**Order entered April 18, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00927-CV

### JASON MICHAEL SPENCER, Appellant

### V.

### DEXTRAL CAPITAL, LP, A DELAWARE LIMITED PARTNERSHIP AND DEXTRAL CAPITAL MANAGEMENT FUND, LP, A DELAWARE LIMITED PARTNERSHIP, Appellees

### On Appeal from the 134th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. 11-15530

## ORDER

The reporter's record in this appeal was originally due September 7, 2013. Based on court reporter Vielica Dobbins's February 6, 2014 representation that she had been experiencing ongoing "medical challenges" but had "hired help to catch up on my records" and could file the record by February 19, 2014, we granted her the requested extension of time to file the record. When she failed to file the record by March 6, 2014, we extended the deadline an additional two weeks, ordered her to provide us the contact information of the person she had hired to assist with the record, and ordered her to not sit as a court reporter until the record was filed. When she failed to comply with our directives regarding the contact information and record by March 28, 2014, we ordered her to provide us the requested contact information by April 1, 2014, to file

the record by April 10, 2014, and to continue not to sit as a reporter until the record was filed. To date, she has neither filed the record nor responded to our orders.

Because this appeal cannot proceed without the record, and given Ms. Dobbins's apparent ongoing health issues, we **ORDER** the Honorable Dale Tillery, Presiding Judge of the 134th Judicial District Court of Dallas, Texas, to conduct a hearing and make findings as to (1) whether Ms. Dobbins is being helped with the record, (2) if she is being helped, the name and contact information of that person, (3) whether Ms. Dobbins's notes should be surrendered to the trial court for another reporter to transcribe, and (4) if the notes should not be surrendered, the date the record will be filed. The findings shall be filed in a supplemental clerk's record **within thirty (30) days of the date of this order.** Our previous order that Ms. Dobbins not sit until the record is filed remains in effect.

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to Judge Tillery, Ms. Dobbins, and all counsel of record.

We **ABATE** the appeal to allow the trial court to comply with this order. The appeal will be reinstated thirty-five days from the date of this order or when the supplemental record is filed, whichever occurs sooner.

/s/    ELIZABETH LANG-MIERS
JUSTICE